IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-552-LPS |
| | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| NOKIA CORPORATION, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-553-LPS |
| | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| NOKIA CORPORATION, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-554-LPS |
| | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth by the Court during the Hearing on November 8, 2012,

IT IS HEREBY ORDERED that the following motions are DENIED:

1. Defendant's Motions to Transfer (D.I. 12)

2. Defendant's Motions to Stay (D.I. 18).

_____
UNITED STATES DISTRICT JUDGE