**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOKIA CORPORATION, NOKIA INC., and INTELLISYNC CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 12-552-LPS |
| v. | ) ) | JURY TRIAL DEMANDED |
| VIEWSONIC CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| NOKIA CORPORATION, NOKIA INC., INTELLISYNC CORPORATION, and HERE NORTH AMERICA, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 12-553-LPS |
| v. | ) ) | JURY TRIAL DEMANDED |
| VIEWSONIC CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |
| NOKIA CORPORATION and NOKIA INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 12-554-LPS |
| v. | ) ) | JURY TRIAL DEMANDED |
| VIEWSONIC CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

The parties to the above-captioned matters stipulate and agree that these actions

(including all claims and counterclaims) are hereby dismissed without prejudice in accordance

with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs, expenses,

and fees.

FARNAN LLP                              POTTER ANDERSON & CORROON LLP


By: /s/ Brian E. Farnan                 By: /s/ Philip A. Rovner
    Brian E. Farnan (#4089)              Philip A. Rovner (#3215)
    919 North Market Street              Jonathan A. Choa (#5319)
    12th Floor                          Hercules Plaza
    Wilmington, DE 19801                 P.O. Box 951
    (302) 777-0300                      Wilmington, DE  19899
    bfarnan@farnanlaw.com                (302) 984-6000
                                         provner@potteranderson.com
John M. Desmarais                        jchoa@potteranderson.com
Alan S. Kellman
Jason Berrebi                            Bijal Vakil
DESMARAIS LLP                            Noah A. Brumfield
230 Park Avenue                          Jeremy Ostrander
New York, NY 10169                       White & Case LLP
(212) 351-3400                           3000 El Camino Real
                                         5 Palo Alto Square, 9th Floor
Casondra K. Ruga                         Palo Alto, CA 94306
ALSTON & BIRD LLP                        (650) 213-0300
333 South Hope Street, 16th Floor
Los Angeles, CA 90071                    *Attorneys for Defendant*
(213) 576-1133                           *Viewsonic Corporation*

*Attorneys for Plaintiffs*




        SO ORDERED this _____ day of _____, 2014.


                _____
                United States District Judge